**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



AMENDED ORDER GRANTING TEMPORARY RELIEF

Appellate case name: St. Luke's Sugarland Partnership, L.L.P. et al v. Shatish Patel, M.D., Hemalatha Vijayan, M.D., Subodh Sonwalker, M.D. and Wolley Oladut, M.D.

Appellate case number: 01-15-01111-CV

Trial court case number: 2011-24016

Trial court: 152nd District Court of Harris County

On January 4, 2016, this Court entered an order granting appellant St. Luke's Sugar Land Partnership's emergency motion to stay the trial court's Order Appointing Receiver for St. Luke's Sugar Land Partnership, L.L.P. The receivership order was stayed pending a response from the appellees within 10 days. This Court's order is hereby amended to clarify that the trial court is not precluded from entering further orders to dissolve, stay or supersede its receivership order. *See* TEX. R. APP. P. 29.1, 29.2, 29.5.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
              ☑ Acting individually    ☐ Acting for the Court

Date: January 11, 2016